JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone:   702.629.7900
Facsimile:   702.629.7925
E-mail:   jag@mgalaw.com
           laa@mgalaw.com

*Attorneys for Plaintiff Teresa Anne Collins*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA ANNE COLLINS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SOMERPOINTE REALTY, LLC d/b/a SOMERPOINTE RESORTS, a Nevada corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-02285-GMN-PAL<br><br>**STIPULATION AND ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Teresa Anne Collins ("Plaintiff"), by and through her counsel of record, MAIER GUTIERREZ AYON, and defendant Somerpointe Realty, LLC dba Somerpointe Resorts ("Defendant")

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

by and through its counsel of record, WOOD, SMITH, HENNING & BERMAN, LLP, hereby stipulate and agree to reschedule the time and date of the ordered Early Neutral Evaluation Session filed on December 30, 2015, currently scheduled to be heard on February 26, 2016, at 9:00 a.m. to March 21, 2016, at 9:00 a.m., or a time convenient with the Court due to an all-day mediation schedule conflict for Plaintiff's counsel. The written evaluation statements shall be submitted directly to the United States Magistrate Judge, George Foley, Jr.'s chambers, Room 3099, not later than March 14, 2016.

| | |
|---|---|
| DATED this 25th day of January, 2016. | DATED this 25th day of January, 2016. |
| **MAIER GUTIERREZ AYON** | **WOOD, SMITH, HENNING & BERMAN, LLP** |
| */s/ Joseph A. Gutierrez* | */s/ Christina M. Mamer* |
| JOSEPH A. GUTIERREZ, ESQ.<br>Nevada Bar No. 9046<br>LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff Teresa Anne Collins* | RAYMOND BABAIAN, ESQ.<br>Nevada Bar No. 4632<br>CHRISTINA M. MAMER, ESQ.<br>Nevada Bar No. 13181<br>7674 West Lake Mead Boulevard, Suite 150<br>Las Vegas, Nevada 89128<br>*Attorneys for Somerpointe Realty, LLC d/b/a Somerpointe Resorts* |

**ORDER**

IT IS SO ORDERED.

DATED this 26th day of January, 2016.

_____
U.S. MAGISTRATE JUDGE

2