Raymond Babaian
Nevada Bar No. 9959
rbabaian@wshblaw.com
Christina M. Mamer
Nevada Bar No. 13181
cmamer@wshblaw.com
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Somerpointe Realty dba
Somerpointe Resorts

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERESA ANNE COLLINS, individually, | Case No. 2:15-CV-02285-GMN-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS CLAIMS WITH PREJUDICE** |
| v. | |
| SOMERPOINTE REALTY, LLC d/b/a SOMERPOINTE RESORTS, a Nevada Corporation; DOES I-X; AND ROE BUSINESS ENTITIES I-X, inclusive,, | |
| Defendants. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff TERESA ANNE COLLINS (collectively "Plaintiff"), by and through her counsel of record, Maier Gutierrez Ayon, and Defendant SOMERPOINTE REALTY, LLC D/B/A SOMERPOINTE RESORTS (hereinafter "Defendant"), by and through its counsel, Wood, Smith, Henning & Berman LLP, hereby stipulate and agree to and jointly move this Honorable Court to dismiss this matter, in its entirety, with prejudice. All parties to bear their own attorney's fees and costs.

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

**IT IS SO STIPULATED.**

DATED this ___ day of May, 2016.

MAIER GUTIERREZ AYON

_____
Joseph A. Gutierrez, Esq.
Nevada Bar No. 9046
Luis A. Ayon, Esq.
Nevada Bar No. 9752
Maier Gutierrez Ayon
400 South 7th Street, Suite 400
Las Vegas, NV  89101

*Attorneys for Plaintiff*

DATED this ___ day of May, 2016.

WOOD, SMITH, HENNING & BERMAN LLP

_____
Raymond R. Babaian
Nevada Bar No. 9959
rbabaian@wshblaw.com
Christina M. Mamer
Nevada Bar No. 13181
cmamer@wshblaw.com
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644

*Attorneys for Somerpointe Realty dba*
*Somerpointe Resorts*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

## ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed WITH PREJUDICE, each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 18 day of May, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

DATED:  May 10, 2016

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
Raymond R. Babaian
Nevada Bar No. 9959
rbabaian@wshblaw.com
Christina M. Mamer
Nevada Bar No. 13181
cmamer@wshblaw.com
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644

Attorney for Somerpointe Realty dba Somerpointe Resorts

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

LEGAL:10365-0013/5717996.1

Case No. 2:15-CV-02285-GMN-PAL

**STIPULATION AND ORDER TO DISMISS CLAIMS WITH PREJUDICE**